UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**MARK E. TODD, SR.,**

Case No.: 14-56690
Chapter: 13
Judge: RANDON

Debtor.

_____/

## DEBTOR'S PROPOSED PLAN MODIFICATION

NOW COMES the Debtor, MARK E. TODD, SR., by and through his undersigned counsel, and in support of this proposed plan modification states as follows:

1. Debtor filed for Chapter 13 bankruptcy protection on October 25, 2014.

2. Debtor's Chapter 13 plan was confirmed by order of this court on February 5, 2015.

3. Debtor requests the following modifications to his Chapter 13 plan:

   a. **Surrender of 2013 Dodge Journey to Ally Financial;**
   b. **Ally Financial shall have ninety (90) days from entry of this Order Modifying Plan to file a deficiency claim, or else the property is surrendered in full satisfaction of the debt;**
   c. **The Chapter 13 Trustee shall cease all disbursements to Ally Financial until its filing of a timely deficiency claim.**

4. This proposed modification is necessary due the following factors:

   a. The Debtor's 2013 Dodge Journey is neither running nor repairable and is sitting at a repair shop.

5. This Plan Modification will allow this plan to still complete within the proposed period and will still provide unsecured creditors with at least the amount they will receive pursuant to the Debtor's liquidation analysis and Order Confirming Plan.

6. This proposed modification is necessary because the Debtor's circumstances have changed since his plan was confirmed.

7. The proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:

   a. Class 1 creditors shall be unaffected by this proposed modification.

   b. Class 2 creditors shall be unaffected by this proposed modification.

c. Class 3 creditors shall be unaffected as that there were no such claims in Debtor's plan.

d. Class 4 creditors shall be unaffected by this proposed modification.

e. Class 5.1 creditors shall unaffected by this proposed modification.

f. **Class 5.2 creditor ALLY FINANCIAL shall be affected pursuant to the terms of this plan modification.**

g. Class 6 creditors shall be unaffected as that there were no such claims in Debtor's plan.

h. Class 7 creditors shall be unaffected as that there were no such claims in Debtors' plan.

i. Class 8 creditors shall be unaffected as that there were no such claims in Debtors' plan.

j. Class 9 creditors shall be unaffected as that there were no such claims in Debtors' plan.

WHEREFORE, Debtor respectfully requests this honorable Court to grant his proposed modification.

Dated: 3/28/2018

/s/Charissa Potts
Attorneys for Debtor
Charissa Potts (P73247)
Anne Sorge (P79468)
Freedom Law, PC
Kennedy Building
18121 E. Eight Mile Rd., Suite 301
Eastpointe, MI 48021
313.887.0807
info@freedomlawpc.com